**ANNE C. BELES, Cal. Bar No. 200276**
BELES & BELES LAW OFFICES
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642

Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Defendant Max Joseph Plog-Horowitz*

# United States District Court
## Northern District of California
### Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:12-cr-00661-CW-1 |
| *Plaintiff*, | |
| vs. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| MAX JOSEPH PLOG-HOROWITZ, | |
| *Defendant*. | |

**STIPULATION MODIFYING CONDITIONS OF RELEASE**

Mr. Plog-Horowitz was previously released from electronic monitoring and allowed to travel to Little Rock, Arkansas. He was expected to return today, January 3, 2013. Mr. Plog Horowitz was hospitalized in the early hours of this morning for a hernia and is scheduled for surgery at 9:00 a.m., Friday, January 4, 2013. Defense counsel spoke with his emergency room doctor, Dr. Isaacson, who stated that Mr. Plog Horowitz will not be cleared for airplane travel until Monday, January 7 or Tuesday, January 8, 2013. The parties below agree and stipulate that under the circumstances, Mr. Plog Horowitz' travel may be extended until he is medically cleared to travel, which is expected to be on or about January 9, 2013. It is further stipulated that Mr. Plog Horowitz will maintain contact with the Office of Pretrial Services, as feasible, during this extended period.

1

Accordingly, it is requested and agreed that Mr. Plog-Horowitz' release conditions shall be modified to permit him to remain in Little Rock, Arkansas until he is medically cleared for travel, which is expected to be on or about January 9, 2013, and that Defendant will maintain contact with the Office of Pretrial Services, as feasible, during this extended period.

**IT IS SO STIPULATED.**

| | |
|---|---|
| January 3, 2013 | /s/ ACB |
| Date | ANNE C. BELES, Attorney for *Defendant* |
| January 3, 2013 | /s/ JCM |
| Date | JAMES C. MANN, Assistant U.S. Attorney |
| January 3, 2013 | /s/ VG |
| Date | VICTORIA GIBSON, U.S. Pretrial Services |

**IT IS SO ORDERED.**

**Dated:** 01/04/13

*/s/ Kandis Westmore*
HONORABLE KANDIS WESTMORE
United States Magistrate Judge
Northern District of California